# In the United States Court of Federal Claims

No. 19-1862T
(Filed: April 21, 2020)

|  |  |
|---|---|
| EDGAR L. GERMAN, | ) ) ) |
| *Pro Se* Plaintiff, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) ) |

**O R D E R**

On February 7, 2020 the defendant filed a motion to dismiss (Doc. No. 6) plaintiff's complaint for lack of subject matter jurisdiction. Plaintiff's response was due March 11, 2020. On April 1, 2020, the court issued an order (Doc. No. 8, attached), which required the plaintiff to file a response to the defendant's motion to dismiss by April 15, 2020, and that failure to respond would result in dismissal of this case for failure to prosecute.

A review of court records indicates that plaintiff has not yet responded to the defendant's motion to dismiss. The above-captioned case is therefore **DISMISSED** under Rule 41(b) of the Rules of the United States Court of Federal Claims without prejudice for failure to prosecute. The Clerk of the Court is **DIRECTED** to enter judgment accordingly.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Senior Judge